```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
UNITED STATES OF AMERICA,          :
                                   :   Case No. 1:14-cr-00214-27
        Plaintiff,                 :
                                   :
vs.                                :   OPINION & ORDER
                                   :   [Resolving Doc. 1344]
TONY GOODWIN,                      :
                                   :
                                   :
        Defendant.                 :
------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Tony Goodwin moved pro se for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(ii).[1] He now moves through counsel to hold Brown's motion in abeyance until the Sixth Circuit releases its *en banc* opinion in *United States v. McCall*. Because *McCall* will guide the Court's analysis, the Court **GRANTS** Goodwin's motion.

Goodwin pleaded guilty to one controlled-substance conspiracy charge. The Court sentenced him to 130 months' incarceration and entered judgment on March 10, 2015.[2]

Goodwin's motion argues, among other things, that he would not be sentenced as a career offender today.[3] He now represents that he intends to supplement his compassionate-release motion with argument that a nonretroactive sentencing-law change creates an extraordinary and compelling reason to reduce his sentence.[4]

The Court recently ordered Goodwin's co-defendant's compassionate-release motion held in abeyance pending the *en banc McCall* decision.[5] As the Court explained, the Sixth

---

[1] Doc. 1314.
[2] Doc. 624 at 2 (PageID 3897).
[3] Doc. 1314 at 2 (PageID 8225).
[4] Doc. 1344.
[5] Doc. 1338.

Case No. 14-cr-214-20
Gwin, J.

Circuit's ruling will clarify conflicting panel decisions about how nonretroactive sentencing-law changes affect compassionate-release motions.[6]

So, the Court **GRANTS** Goodwin's motion to hold his compassionate-release motion in abeyance until after the Sixth Circuit issues its *en banc* decision in *United States v. McCall*. The Court directs the parties to advise the Court of any Sixth Circuit *McCall* decision within five days of the filing of any Sixth Circuit opinion.

IT IS SO ORDERED

Dated: October 17, 2022          *s/ James S. Gwin*
                                                                JAMES S. GWIN
                                                                UNITED STATES DISTRICT JUDGE

---

[6] *See id.*