UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------
UNITED STATES OF AMERICA,                :
                                         :   Case No. 1:14-cr-00214-27
    Plaintiff,                           :
                                         :
vs.                                      :   ORDER
                                         :
TONY GOODWIN,                            :
                                         :
                                         :
    Defendant.                           :
------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Tony Goodwin moved for a sentence reduction under the compassionate-release statute.[1] Goodwin's motion argued, in part, that a nonretroactive sentencing-law change presented an extraordinary and compelling reason for relief.[2]

When Goodwin filed his motion, the Sixth Circuit had issued conflicting decisions about whether district courts could consider nonretroactive sentencing-law changes when deciding compassionate-release motions.[3] But the en banc Sixth Circuit appeared ready to resolve the intracircuit split in *United States v. McCall*.[4]

On October 17, 2022, the Court granted Goodwin's motion to hold his compassionate-release motion in abeyance pending the Sixth Circuit's *McCall* decision.[5]

On December 22, 2022, the Sixth Circuit issued its *McCall* decision.[6] The en banc court held that nonretroactive sentencing-law changes do not provide extraordinary and

---

[1] Doc. 1314; 18 U.S.C. § 3582(c)(1)(A)(ii).
[2] Doc. 1314 at 3–5 (PageID 8226–28).
[3] *See United States v. McCall*, 21-3400, 2022 WL 17843865, at *2 (6th Cir. Dec. 22, 2022) (describing the split).
[4] *United States v. McCall*, 29 F.4th 816 (6th Cir. 2022) (mem.) (granting rehearing en banc).
[5] Doc. 1345.
[6] *McCall*, 2022 WL 17843865 (6th Cir. Dec. 22, 2022).

Case No. 1:14-cr-00214-27
Gwin, J.

compelling reasons to grant compassionate release.[7]

Now, the Court **LIFTS THE STAY** on Goodwin's motion and **ORDERS** Goodwin to file any supplement within 21 days of this order. The Court further **ORDERS** the Government to respond within 14 days of Goodwin's supplement.

IT IS SO ORDERED

Dated: December 28, 2022         *s/    James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE

---

[7] *McCall*, 2022 WL 17843865, at *5–11 (6th Cir. Dec. 22, 2022)

-2-